UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GSC LOGISTICS, INC.,

                              Plaintiff(s),

-against-                                23-CV-5368 (JGLC)

AMAZON.COM SERVICES LLC, et al.,          **<u>ORDER</u>**

                              Defendant(s).

JESSICA G. L. CLARKE, United States District Judge:

        On June 28, 2023, the Court received a letter from Defendants Amazon.com Services LLC and Amazon Logistics, Inc. (collectively, "Defendants") seeking an order removing the unredacted Complaint filed in this action and directing GSC Logistics, Inc. ("Plaintiff") to file a new and redacted version of the Complaint. Based on Defendants' request, the Court directs the Clerk to seal the Complaint (Dkts. 1 and 7) pending further order of the Court. The Court orders Defendants to file their June 28 letter on the docket under seal.

        The parties are directed to meet and confer by Thursday, July 6 regarding Defendants' requested redactions, keeping in mind the presumption of public access to judicial documents and the standard set forth in *Lugosch v. Pyramid Co. of Onondoga*, 435 F.3d 110 (2d Cir. 2006). If the parties agree on the requested redactions to the Complaint and the redactions are consistent with the standard articulated in *Lugosch*, the parties shall file a joint letter to that effect. The letter should describe the basis for the redactions, and the parties should attach a proposed order directing Plaintiff to file a redacted copy of the Complaint. This joint letter and proposed order shall be filed by Monday, July 10. If the parties disagree on the redactions, Plaintiff shall file a letter explaining its position by Monday, July 10. Defendants shall have

one week to reply. The parties' letters shall be filed under seal pending resolution of this motion.

The Court directs the Clerk to seal the Complaint (Dkts. 1 and 7) pending further order of the Court and to restrict viewing to GSC Logistics, Inc., Amazon.com Services LLC and Amazon Logistics, Inc.

Dated: June 29, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge