UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GSC LOGISTICS, INC.,

            Plaintiff,

- against -

AMAZON.COM SERVICES LLC and
AMAZON LOGISTICS, INC.,

           Defendants.

Civil Action No.: 1:23-cv-05368

**ORDER GRANTING CONTINUANCE OF TRIAL DATE AND PRETRIAL DEADLINES**

---

    This matter came before the Court on Defendants Amazon.com Services LLC and Amazon Logistics, Inc.'s ("**Amazon**") Letter Motion providing Notice of Receivership and requesting a continuance of the trial date and all pretrial deadlines by ninety (90) days. Having considered the Letter Motion, and the enclosed Amended Order Appointing Receivership entered by the Honorable Judge Manish S. Shah of the United States District Court for the Northern District of Illinois on July 31, 2025, the Court finds good cause exists to grant the continuance.

    Being fully advised in this matter, NOW THEREFORE, IT IS HEREBY ORDERED, that the trial date and all pretrial deadlines are continued for a period of ninety (90) days from their currently scheduled dates.

    IT IS FURTHER ORDERED that the parties are directed to confer and, within thirty (30) days from the date of this Order, submit to the Court a joint proposed schedule setting forth a new trial date, which is subject to the Court's availability, and revised pretrial deadlines; and if the parties cannot agree on a joint proposed case schedule, then each party shall submit a proposed case schedule they request the Court to approve.

    All other aspects of the case schedule shall remain in full force and effect, except as expressly modified herein.

SO ORDERED.

*Jessica Clarke*
_____
HONORABLE JESSICA G. L. CLARKE
United States District Judge

Given this continuance and need for the parties to confer regarding a revised trial schedule, the Clerk of Court is respectfully directed to STAY the case until further order of this Court.

Dated: September 5, 2025
      New York, New York