UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GSC LOGISTICS, INC.,<br><br>                     Plaintiff,<br><br>-against-<br><br>AMAZON.COM SERVICES LLC., et al.,<br><br>                     Defendants. | 23-CV-5368 (JGLC)<br><br>**AMENDED PRETRIAL<br>SCHEDULING ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court revises the deadlines previously set out at ECF No. 89. Trial in this action shall commence on April 13, 2026, and is expected to conclude by May 1, 2026. The parties' Joint Pretrial Statement, motions *in limine*, and other submissions required by 1(e) and 1(f) of the Court's Individual Trial Rules and Procedures are due by March 23, 2026. Any opposition briefs are due by March 30, 2026. The final pretrial conference will take place on April 7, 2026, at 2:00 P.M. in Courtroom 320 of the Charles L. Brieant, Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York 10601-4150.

      Additionally, counsel for the Receiver is directed to file its motion to intervene by October 17, 2025. The Court respectfully directs the Clerk of Court to lift the stay on this case and terminate ECF No. 106.

Dated: October 10, 2025
       New York, New York

                                                                  SO ORDERED.

                                                                   JESSICA G. L. CLARKE
                                                                   United States District Judge